MATTHEW G. BAGLEY (6820)
6141 W. INDIAN PONY WAY
HERRIMAN, UT 84096
TELEPHONE: (801) 819-5686
ATTORNEY FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| DULCE FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>KNIGHT ADJUSTMENT BUREAU INC.;<br>EXPERIAN INFORMATION SOLUTIONS<br>INC.; TRANSUNION, LLC; and EQUIFAX<br>INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No.: 2:24-cv-00424-CMR<br><br>**NOTICE OF SETTLEMENT AS<br>TO DEFENDANT KNIGHT<br>ADJUSTMENT BUREAU INC.** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Knight Adjustment Bureau Inc. ("KAB"). Plaintiff and KAB are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against KAB will be finalized within the next sixty (60) days. Plaintiff's claims against Equifax Information Services, LLC remain pending.

Respectfully submitted October 7, 2024.

/s/ Matthew G. Bagley
Matthew G. Bagley

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Matthew G. Bagley*